# SCHEDULE

# A

## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

<u>**SCHEDULE C**</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

**Tract: RGV-RGC-R9075E**
**Owner: Nico Investment Properties, LLC**
**Acres: 1.566**

**Being** a 1.566 acre Access Easement tract (68,229 square feet) parcel of land, more or less, being out of the Ygnacio Trevino Survey, Abstract No. 270 in Porcion 99 Starr County, Texas, conveyed to NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 1. Said parcel of land being more particularly described by metes and bounds as follows:

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped SR-05 2019, having the following NAD83 (2011) Grid Coordinates: N = 16621139.930, E = 957740.484:

**Thence: :** N87°13'53"W, a distance of 7232.48 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the South property line of NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 1, and the North property line of Danilo Lozano Jr. and Yadira C. Lozano, Document Number 2019-350420, stamped RGV-RGC-R9048E-1=R9075E-1, for **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16621489.265, E= 950516.448 for angle;

**Thence:** N57°00'12"W, along said property lines a distance of 34.19 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9048E-28=R9075E-2, for the beginning of a non tangent curve to the right;

**Thence:** leaving said property lines, along a non tangent curve to the right, with a radius of 205.30 feet, a curve length of 41.00 feet, a chord bearing of N12°25'26"E, a chord length of 40.93 feet and a central angle of 11°26'29", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-3, for the ending of a non tangent curve to the right;

**Thence:** N21°10'35"E, a distance of 68.90 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-4 for angle;

**Thence:** N26°20'24"E, a distance of 111.25 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-5 for the beginning of a non tangent curve to the left;

**SCHEDULE C (Cont.)**

**Thence:** along a non tangent curve to the left, with a radius of 377.23 feet, a curve length of 71.24 feet, a chord bearing of N20°21'57"E, a chord length of 71.13 feet and a central angle of 10°49'11", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-6, for the ending of a non tangent curve to the left;

**Thence:** N16°04'56"E, a distance of 70.66 feet to a 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-7 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 152.07 feet, a curve length of 101.44 feet, a chord bearing of N35°43'04"E, a chord length of 99.57 feet and a central angle of 38°13'10", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-8, for the ending of a non tangent curve to the right;

**Thence:** N53°24'19"E, a distance of 126.91 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-9 for angle;

**Thence:** N49°28'44"E, a distance of 109.56 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-10 for the beginning of a non tangent curve to the left;

**Thence:** along a non tangent curve to the left, with a radius of 365.49 feet, a curve length of 197.71 feet, a chord bearing of N34°27'59"E, a chord length of 195.31 feet and a central angle of 30°59'36", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-11, for the ending of a non tangent curve to the left;

**Thence:** N19°44'53"E, a distance of 143.90 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-12 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 648.27 feet, a curve length of 210.22 feet, a chord bearing of N30°13'09"E, a chord length of 209.30 feet and a central angle of 18°34'47", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-13, for the ending of a non tangent curve to the right;

**Thence:** N38°56'24"E, a distance of 320.57 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-14 for angle;

**Thence:** N43°53'31"E, a distance of 127.68 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-15 for the beginning of a non tangent curve to the left;

## **SCHEDULE C (Cont.)**

**Thence:** along a non tangent curve to the left, with a radius of 307.67 feet, a curve length of 223.13 feet, a chord bearing of N22°35'39"E, a chord length of 218.27 feet and a central angle of 41°33'09", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-16, for the ending of a non tangent curve to the left;

**Thence:** N03°19'15"E, a distance of 88.59 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-17 for angle;

**Thence:** N09°09'00"E, a distance of 145.17 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-18 for angle;

**Thence:** N05°44'11"E, a distance of 109.57 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the South property line of NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 2 and the North property line of NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 1, stamped RGV-RGC-R9075E-19=R9076E-2, for angle;

**Thence:** S80°33'08"E, along said property lines a distance of 30.06 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9075E-20=R9076E-1, for angle;

**Thence:** S05°44'11"W, leaving said property lines a distance of 108.52 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-21 for angle;

**Thence:** S09°09'00"W, a distance of 144.54 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-22 for angle;

**Thence:** S03°19'15"W, a distance of 86.67 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-23 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 337.67 feet, a curve length of 244.62 feet, a chord bearing of S22°38'25"W, a chord length of 239.31 feet and a central angle of 41°30'28", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-24, for the ending of a non tangent curve to the right;

**Thence:** S43°53'31"W, a distance of 126.52 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-25 for angle;

**Thence:** S38°56'24"W, a distance of 319.43 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-26 for the beginning of a non tangent curve to the left;

## SCHEDULE C (Cont.)

**Thence:** along a non tangent curve to the left, with a radius of 618.27 feet, a curve length of 200.33 feet, a chord bearing of S30°14'25"W, a chord length of 199.46 feet and a central angle of 18°33'54", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-27, for the ending of a non tangent curve to the left;

**Thence:** S19°44'53"W, a distance of 143.38 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-28 for the beginning of a non tangent curve to the right; **Thence:** along a non tangent curve to the right, with a radius of 395.49 feet, a curve length of 213.60 feet, a chord bearing of S34°28'20"W, a chord length of 211.01 feet and a central angle of 30°56'40", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-29, for the ending of a non tangent curve to the right;

**Thence:** S49°28'44"W, a distance of 110.47 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-30 for angle;

**Thence:** S53°24'19"W, a distance of 128.34 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-31 for the beginning of a non tangent curve to the left;

**Thence:** along a non tangent curve to the left, with a radius of 122.07 feet, a curve length of 81.65 feet, a chord bearing of S35°49'51"W, a chord length of 80.13 feet and a central angle of 38°19'25", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-32, for the ending of a non tangent curve to the left;

**Thence:** S16°04'56"W, a distance of 70.22 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-33 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 407.23 feet, a curve length of 76.75 feet, a chord bearing of S20°23'51"W, a chord length of 76.64 feet and a central angle of 10°47'55", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-34, for the ending of a non tangent curve to the right;

**Thence:** S26°20'24"W, a distance of 110.04 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-35 for angle;

**Thence:** S21°10'35"W, a distance of 66.72 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9075E-36 for the beginning of a non tangent curve to the left;

**SCHEDULE C (Cont.)**

**Thence:** along a non tangent curve to the left, with a radius of 175.30 feet, a curve length of 49.41 feet, a chord bearing of S09°49'15"W, a chord length of 49.25 feet and a central angle of 16°08'56", returning to the **Point of Beginning**.

**Tract:  RGV-RGC-R9076E**
**Owner:  Nico Investment Properties, LLC**
**Acres:  0.284**

**Being** a 0.284 acres Access Easement tract (12,389 square feet) parcel of land, more or less, being out of the Ygnacio Trevino Survey, Abstract No. 270 in Porcion 99 Starr County, Texas, conveyed to NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 2. Said parcel of land being more particularly described by metes and bounds as follows:

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped SR-05 2019, having the following NAD83 (2011) Grid Coordinates: N = 16621139.930, E = 957740.484:

**Thence:** N69°39'03"W, a distance of 6585.86 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the South property line of NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 2., and on the North property line of NICO Investment Properties, L.L.C., Document Number 2024-384142, Tract No. 1., stamped RGV-RGC-R9075E-20=R9076E-1, for **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N= 16623430.099, E= 951565.642, for angle;

**Thence:** N80°33'05"W, along said property lines a distance of 30.06 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9075E-19=R9076E-2, for angle;

**Thence:** N05°44'11"E, leaving said property lines a distance of 223.56 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9076E-3 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 372.87 feet, a curve length of 116.60 feet, a chord bearing of N15°15'44"E, a chord length of 116.13 feet and a central angle of 17°55'03", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9076E-4, for the ending of a non tangent curve to the right;

**Thence:** N22°21'12"E, a distance of 66.00 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the apparent South Right of Way of Old Military Road, stamped RGV-RGC-R9076E-5 for the beginning of a non tangent curve to the left;

## **SCHEDULE C (Cont.)**

**Thence:** along a non tangent curve to the left, along with said apparent Right of Way, with a radius of 98.97 feet, a curve length of 38.37 feet, a chord bearing of N74°14'34"E, a chord length of 38.13 feet and a central angle of 22°12'43", to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9076E-6, for the ending of a non tangent curve to the left;

**Thence:** S22°21'12"W, leaving said apparent South Right of Way a distance of 90.03 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGCR9076E-7 for the beginning of a non tangent curve to the left;

**Thence:** along a non tangent curve to the left, with a radius of 342.87 feet, a curve length of 107.56 feet, a chord bearing of S15°18'52"W, a chord length of 107.12 feet and a central angle of 17°58'24", to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9076E-8, for the ending of a non tangent curve to the left;

**Thence:** S05°44'11"W, a distance of 225.36 feet returning to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.999974017 (E.G. GRID / 0.999974017 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 12, 2024 (TICKET NO. 2454304696).

| SHEET NO. 14 OF 15 | METES & BOUNDS SURVEY NICO INVESTMENT PROPERTIES, L.L.C. TRACT NO. RGV-RGC-R9075E STARR COUNTY                    TEXAS | DRAWN BY: JP    03/24 CHECKED BY: WBG    03/24 SURVEY DATE: 03/24 PLOT DATE: 02/25 SHEET SIZE:   ANSI-A | MARK  DESCRIPTION  DATE  APPR. 01  OWNER REV.  2/20/25  BC REMOVABLE BARRIER SURVEY PROJECT CONTRACT NO. : W9128G-19-D-8004 |  |  US Army Corps of Engineers® |

EMC, INC. PROJECT NO.: 24006

## SCHEDULE D (Cont.)

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
| RGV-RGC-R9048E-1=R9075E-1 | 16621489.265 | 950516.448 | 146.514 | 68.217 |
| RGV-RGC-R9048E-28=R9075E-2 | 16621507.886 | 950487.770 | 147.886 | 69.589 |
| RGV-RGC-R9075E-3 | 16621547.857 | 950496.576 | 148.200 | 69.902 |
| RGV-RGC-R9075E-4 | 16621612.105 | 950521.466 | 149.784 | 71.486 |
| RGV-RGC-R9075E-5 | 16621711.804 | 950570.827 | 153.137 | 74.837 |
| RGV-RGC-R9075E-6 | 16621778.488 | 950595.581 | 154.817 | 76.516 |
| RGV-RGC-R9075E-7 | 16621846.380 | 950615.154 | 156.176 | 77.875 |
| RGV-RGC-R9075E-8 | 16621927.220 | 950673.281 | 158.619 | 80.316 |
| RGV-RGC-R9075E-9 | 16622002.880 | 950775.177 | 164.183 | 85.878 |
| RGV-RGC-R9075E-10 | 16622074.067 | 950858.463 | 169.112 | 90.806 |
| RGV-RGC-R9075E-11 | 16622235.088 | 950968.991 | 179.697 | 101.388 |
| RGV-RGC-R9075E-12 | 16622370.521 | 951017.611 | 179.603 | 101.292 |
| RGV-RGC-R9075E-13 | 16622551.378 | 951122.955 | 179.154 | 100.841 |
| RGV-RGC-R9075E-14 | 16622800.722 | 951324.436 | 173.072 | 94.754 |
| RGV-RGC-R9075E-15 | 16622892.736 | 951412.958 | 171.730 | 93.411 |
| RGV-RGC-R9075E-16 | 16623094.256 | 951496.819 | 170.425 | 92.103 |
| RGV-RGC-R9075E-17 | 16623182.693 | 951501.950 | 170.887 | 92.564 |
| RGV-RGC-R9075E-18 | 16623326.014 | 951525.035 | 174.483 | 96.159 |
| RGV-RGC-R9075E-19=R9076E-2 | 16623435.034 | 951535.986 | 175.173 | 96.848 |
| RGV-RGC-R9075E-20=R9076E-1 | 16623430.099 | 951565.642 | 173.359 | 95.034 |
| RGV-RGC-R9075E-21 | 16623322.126 | 951554.795 | 175.505 | 97.181 |
| RGV-RGC-R9075E-22 | 16623179.430 | 951531.811 | 170.621 | 92.298 |
| RGV-RGC-R9075E-23 | 16623092.902 | 951526.791 | 172.359 | 94.037 |
| RGV-RGC-R9075E-24 | 16622872.033 | 951434.670 | 172.429 | 94.110 |
| RGV-RGC-R9075E-25 | 16622780.857 | 951346.955 | 172.319 | 94.001 |
| RGV-RGC-R9075E-26 | 16622532.406 | 951146.194 | 179.762 | 101.449 |
| RGV-RGC-R9075E-27 | 16622360.090 | 951045.741 | 180.746 | 102.435 |
| RGV-RGC-R9075E-28 | 16622225.139 | 950997.295 | 180.419 | 102.110 |
| RGV-RGC-R9075E-29 | 16622051.181 | 950877.861 | 171.565 | 93.259 |
| RGV-RGC-R9075E-30 | 16621979.407 | 950793.887 | 163.334 | 85.029 |
| RGV-RGC-R9075E-31 | 16621902.899 | 950690.850 | 160.663 | 82.360 |
| RGV-RGC-R9075E-32 | 16621837.930 | 950643.940 | 158.315 | 80.013 |
| RGV-RGC-R9075E-33 | 16621770.455 | 950624.487 | 155.353 | 77.052 |
| RGV-RGC-R9075E-34 | 16621698.623 | 950597.776 | 153.004 | 74.704 |
| RGV-RGC-R9075E-35 | 16621600.007 | 950548.951 | 149.822 | 71.523 |
| RGV-RGC-R9075E-36 | 16621537.789 | 950524.848 | 147.651 | 69.353 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP 03/24 | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| | | CHECKED BY: WBG 03/24 | 01 | OWNER REV. | 2/20/25 | SC | | |
| 15 OF 15 | NICO INVESTMENT PROPERTIES, L.L.C. | SURVEY DATE: 03/24 | | | | | | |
| | TRACT NO. RGV-RGC-R9075E | PLOT DATE: 02/25 | | | | |  |  |
| | STARR COUNTY        TEXAS | SHEET SIZE: ANSI-A | REMOVABLE BARRIER SURVEY PROJECT CONTRACT NO. : W912BG-19-D-8004 | | | | | US Army Corps of Engineers |

EMC, INC. PROJECT NO.: 24006

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)





**SCHEDULE D (Cont.)**

## SCHEDULE D (Cont.)



LEGEND:

| Symbol | Description | | Abbr. | Description |
|---|---|---|---|---|
| ⊕ | CONTROL POINT (AS NOTED) | | N | NORTHING |
| ⊙ | FOUND MONUMENT (AS NOTED) | | E | EASTING |
| ◆ | SET 5/8" IR W/ CAP (AS NOTED) | | ELEV. | ELEVATION |
| —RW— | RIGHT OF WAY | | S.C.C.H. | STARR COUNTY COURT HOUSE |
| —PL— | PROPERTY LINE | | S.C.C.M. | STARR COUNTY CADD MAP |
| | ACQUISITION BOUNDARY | | S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| | EXISTING / PROPOSED ACQUISITION BOUNDARY | | W/ | WITH |
| | PORCION LINE | | UNK. | UNKNOWN |
| —x— | FENCE | | ALUM. | ALUMINUM |
| ◦ TPOST | T-POST | | CONC. | CONCRETE |
| | ROADWAY EDGE | | CALC. | CALCULATED POINT |
| | VEGETATION LINE | | POC | POINT OF COMMENCEMENT |
| | CULTIVATION LINE | | POB | POINT OF BEGINNING |
| | WATERS EDGE | | PG | PAGE |
| ← | GUY WIRE | | VOL | VOLUME |
| ○ | UTILITY POLE | | DOC | DOCUMENT |
| —E— | ELECTRIC OVERHEAD | | MON | MONUMENT |
| —SD— | STORM LINE | | R.O.W. | RIGHT-OF-WAY |
| —CP— | CULVERT | | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | DITCH TOP | | 1STFR | 1 STORY FRAME HOME |
| | DITCH CENTERLINE | | 1STBR | 1 STORY BRICK HOME |
| +++++ | RAILROAD TRACKS | | SHDWF | SHED WOOD FRAME |
| | | | GZB | GAZEBO OR SIMILAR |

GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.999974017 (E.G. GRID / 0.999974017 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 12, 2024 (TICKET NO. 2454304696).

| MONUMENT TABLE | | | | |
|---|---|---|---|---|
| **MONUMENT NAME** | **NORTHING** | **EASTING** | **ELEVATION** | **ELLIPSOID HEIGHT** |
| RGV-RGC-R9075E-20=R9076E-1 | 16623430.099 | 951565.642 | 173.359 | 95.034 |
| RGV-RGC-R9075E-19=R9076E-2 | 16623435.034 | 951535.986 | 175.173 | 96.848 |
| RGV-RGC-R9076E-3 | 16623657.475 | 951558.332 | 175.375 | 97.048 |
| RGV-RGC-R9076E-4 | 16623769.509 | 951588.902 | 179.609 | 101.281 |
| RGV-RGC-R9076E-5 | 16623830.546 | 951614.001 | 182.016 | 103.687 |
| RGV-RGC-R9076E-6 | 16623840.900 | 951650.696 | 180.972 | 102.643 |
| RGV-RGC-R9076E-7 | 16623757.638 | 951616.458 | 179.111 | 100.783 |
| RGV-RGC-R9076E-8 | 16623654.325 | 951588.166 | 175.804 | 97.477 |

| SHEET NO.<br>6 OF 6 | METES & BOUNDS SURVEY<br>NICO INVESTMENT PROPERTIES, L.L.C.<br>TRACT NO. RGV-RGC-R9076E<br>STARR COUNTY          TEXAS | DRAWN BY: JP 03/24<br>CHECKED BY: WBG 03/24<br>SURVEY DATE: 03/24<br>PLOT DATE: 02/25<br>SHEET SIZE: ANSI-A | MARK / DESCRIPTION / DATE / APPR.<br>01 OWNER REV. 9/17/24 SC<br>02 OWNER REV. 2/20/25 SC<br><br>REMOVABLE BARRIER SURVEY PROJECT<br>CONTRACT NO.: W9126G-19-D-8004 |  |  US Army Corps of Engineers ® |

EMC, INC. PROJECT NO.: 24008

# SCHEDULE

# E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-R9075E and RGV-RGC-R9076E

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground removal of any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is FOUR THOUSAND EIGHT HUNDRED FIFTY-SIX DOLLARS AND NO/100 ($4,856.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **NICO Investment Properties, LLC**<br>c/o Patrick Moore<br>Attorney for NICO Investment Properties, LLC<br><br>701 E. Expressway 83<br>McAllen, Texas 78501 | General Warranty Deed with Vendor's Lien dated August 5, 2024, filed August 14, 2024, as Document # 2024-384142 Official Public Records, Starr County, Texas<br><br>Warranty Deed dated February 6, 2017, filed February 9, 2017, as Document # 2017-334355 Official Public Records, Starr County, Texas<br><br>General Warranty Deed dated December 4, 2013, filed March 25, 2014, as Document # 2014-316854 Official Public Records, Starr County, Texas<br><br>Special Warranty Deed dated February 1, 2013, filed April 3, 2013, as Document # 2013-310515 Official Public Records, Starr County, Texas<br><br>Correction Special Warranty Deed dated July 21, 1999, filed May 14, 2001, as Document # 2001-215679 Official Public Records, Starr County, Texas<br><br>Special Warranty Deed dated July 21, 1999, filed August 4, 1999, as Document # 1999-204385 Official Public Records, Starr County, Texas |

| | |
|---|---|
| | Special Warranty Deed dated August 26, 1994, filed September 13, 1994, as Document # 1994-172069 Official Public Records, Starr County, Texas<br><br>Warranty Deed dated May 28, 1963, filed June 6, 1963, as Document # 1963-59530 Official Public Records, Starr County, Texas<br><br>Quit Claim Deed dated December 1, 1941, filed February 10, 1942, Deed Record Volume 123 Page 4 Official Public Records, Starr County, Texas<br><br>Warranty Deed dated December 31, 1941, filed January 19, 1942, as Document # 1942-17507 Official Public Records, Starr County, Texas<br><br>Certified Copy of Judgement – Cause No 1873 dated November 13, 1940, filed November 16, 1940, as Document # 1940-15350 Official Public Records, Starr County, Texas |
| **Vantage Bank Texas**<br>1801 S. Second Street<br>McAllen, Texas 78503 | Deed of Trust dated August 5, 2024, filed August 14, 2025, as Document #2024-384143, Official Public Records, Starr County, Texas |
| **Ameida Salinas**<br>100 N. FM 3167, Ste 201,<br>Rio Grande City, TX 78582 | Starr County Tax Assessor-Collector 96900, 06779 |